

| 950 Third Avenue<br>New York NY 10022<br>212.751.9800 of.<br>212.751.0046 fx.<br>877.751.9800 tf.<br>www.morellilaw.com | Benedict P. Morelli<br>David S. Ratner<br>———<br>Arthur L. Salmon<br>Martha M. McBrayer<br>Jennie L. Shatynski | Steven C. November<br>Thomas P. O'Malley<br>Steven M. Gershowitz<br>Victoria J. Maniatis<br>Nicole V. Gurkin<br>Mark A. Marino<br>Sarah Bernett<br>Scott J. Kreppein | Of Counsel<br>Tai & Sobiloff PC<br>David L. Sobiloff<br>Allan Y. Tai<br><br>Of Counsel<br>Rory I. Lancman |



**Via Regular Mail and Fax**
The Honorable Sidney H. Stein
United States District Court
500 Pearl Street
Courtroom 1010
New York, New York 10007

**Re: Kinney v. Smithkline Beecham 08CV00237 - (Avandia Products Liability)**

Dear Judge Stein :

As Your Honor may already know, the United States Judicial Panel on Multi-district Litigation ruled on October 16, 2007 that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania, to the Honorable Cynthia M. Rufe. We enclose herein a copy of that transfer order. Additionally, this case is included in the enclosed conditional transfer order ("CTO-10") as a tag-along action. Because no opposition was filed, and transfer is imminent, we request that Your Honor consider an adjournment of the Pre-trial conference currently set before Your Honor on **March 21, 2008 at 10:00 a.m.**

Please do not hesitate to call me at (212) 751-9800, ext. 7208 if you have any questions or comments. We appreciate your consideration of this request.

Respectfully Submitted,
**Morelli Ratner PC**
Counsel for Plaintiff

Victoria J. Maniatis, Esq.

*The March 21 conference is cancelled*

SO ORDERED 3/4/08

SIDNEY H. STEIN
U.S.D.J.

enc: JPML Transfer Order and Conditional Transfer Order - CTO -10.

cc: Nina Gussack - Pepper Hamilton LLP, Counsel for Defendant, with copy of Court's January 25, 2008 scheduling notice.

VJM/df